# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

149195

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 149195
                                        COA: 320242
                                        Berrien CC: 2013-003800-FH

CORRY JAMALL WYSINGER,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 12, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



Clerk

p0917